UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK WONDERS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY OFFICE OF THE GENERAL COUNSEL,<br><br>    Defendant. | Civil Action No. 23-2770 (TNM) |

## DEFENDANT'S MOTION TO DISMISS OR, IN THE ALTERNATIVE, MOTION FOR SUMMARY JUDGMENT

Defendant, the Department of the Army Office of the General Counsel, by and through undersigned counsel, respectfully requests that the Court dismiss the Complaint (ECF No. 1) in its entirety in this Freedom of Information Act ("FOIA") suit. In the alternative, should the Court deny Defendant's request to dismiss the Plaintiff's complaint, Defendant moves for summary judgment. As demonstrated by the accompanying Memorandum, Statement of Facts, and declaration, Defendant is entitled to judgment as a matter of law.

Dated: February 29, 2024
       Washington, DC

Respectfully submitted,

MATTHEW M. GRAVES, D.C. Bar #481052
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:       */s/ Patrick A. Doyle*
    PATRICK A. DOYLE
    Special Assistant United States Attorney
    601 D Street, NW
    Washington, DC 20530
    (202) 252-2574

*Attorneys for the United States of America*