UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK WONDERS,<br><br>       Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY OFFICE OF THE GENERAL COUNSEL,<br><br>       Defendant. | Civil Action No. 1:23-cv-2770 |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN GENUINE DISPUTE**

Pursuant to Local Civil Rule 7(h)(1), Defendant, by and through undersigned counsel, respectfully submit this statement of material facts not in genuine dispute in support of their motion for summary judgment.

1. Plaintiff submitted a FOIA request on October 27, 2022, to the Fort Rucker, Alabama FOIA Office, asking for a copy of an AR 15-6 investigation legal review memorandum, dated July 27, 2010. Patrick Decl. ¶ 1.

2. The July 27, 2010 legal review that Plaintiff seeks was drafted by an attorney at the Fort Rucker, Alabama Office of the Staff Judge Advocate in order to provide legal advice to an Army Regulation 15-6 investigating officer and the officer who appointed the investigating officer. *See* Patrick Decl. ¶ 2(c).

3. The October 27, 2022, FOIA request submitted by Plaintiff was identical to two FOIA requests previously submitted by him for the AR 15-6 legal review. Patrick Decl. ¶ 2.

4. Because Plaintiff's October 27, 2022, FOIA request merely duplicated his previous two FOIA requests, the Army informed him via a letter dated August 2, 2023, that it was taking no action regarding his third request for the same document. Patrick Decl. ¶ 2.

5. The Army has no record of Plaintiff filing an administrative appeal of either the 2012 or 2014 FOIA requests. Patrick Decl. ¶ 3.

6. The Army determined the 2012 and 2014 FOIA requests were required to be withheld in full due to the Exemption 5 attorney client privilege. Patrick Decl. ¶ 4.

7. The Army continues to withhold the legal memorandum that Plaintiff seeks in full because it is exempt from disclosure under both the attorney-client privilege and attorney work-product doctrine. Patrick Decl. ¶¶ 4-5.

8. No portion of the withheld record may be segregated for release, as the entire document is intricately intertwined with legal analysis. Patrick Decl. ¶ 8.

| | |
|---|---|
| Dated: February 29, 2024<br>Washington, DC | Respectfully submitted,<br><br>MATTHEW M. GRAVES, D.C. Bar #481052<br>United States Attorney<br><br>BRIAN P. HUDAK<br>Chief, Civil Division<br><br>By:     */s/Patrick A. Doyle*<br>Patrick A. Doyle<br>Special Assistant United States Attorney<br>601 D Street, NW<br>Washington, DC 20530<br>(202) 252-2574<br><br>*Attorneys for the United States of America* |