UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MARK WONDERS,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF THE ARMY OFFICE OF THE GENERAL COUNSEL,<br><br>    Defendant. | Civil Action No. 23-2770 (TNM) |

**PROPOSED] ORDER**

UPON CONSIDERATION of Defendant's Motion to Dismiss, or in the alternative for Summary Judgment, the supporting memorandum, as well as any Opposition and Reply, and for good cause shown, it is hereby -

   i. ORDERED that Defendant's motion is GRANTED, and it is

   ii. FURTHER ORDERED that the case is DISMISSED.

IT IS SO ORDERED.

DATED: _____              _____
                                                                                                       U.S. District Court Judge