## CERTIFICATE OF SERVICE

I certify that on February 29, 2024, I caused a copy of the foregoing Defendant's Motion to Dismiss, or in the alternative for Summary Judgment, to be sent by United States mail, first class postage paid and addressed as follows:

MARK G. WONDERS.
1177 Mose Ware Road
Ozark, AL, 36360

                                                /s/ Patrick A. Doyle
                                                PATRICK A. DOYLE
                                                Special Assistant United States Attorney