# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF COLUMBIA

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

Plaintiff: **Mark Geraghty Wonders**

vs.    Civil Action No. **1:23-cv-02770 (TNM)**

Defendant: **Department of the Army**

## CIVIL NOTICE OF APPEAL

Notice is hereby given this **19** day of **September** 20**24**, that **Mark Geraghty Wonders** hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the judgment of this court entered on the **11** day of **September**, 20**24**, in favor of **the Department of the Army Office of the General Counsel** against said **Plaintiff**

Attorney/Pro Se Party Signature: *[signature: Mark Geraghty Wonders]*

Name: **Mark Geraghty Wonders**

Address: **1177 Mose Ware Road**

**Ozark, Alabama 36360**

Telephone: (**334**) **774-0736**

(Pursuant to Rule 4(a) of the Federal Rules of Appellate Procedure a notice of appeal in a civil action must be filed within 30 days after the date of entry of judgment or 60 days if the United States or officer or agency is a party)

USCA Form 13
Rev. June 2017